# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1677
_____

DARLENE GATLIN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

November 15, 2018


PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, A. Victoria Wiggins, Assistant Public Defender, and John Knowles, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Sharon Traxler, Assistant Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.